AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kornmann, Charles B. | 2. Court or Organization<br><br>District of South Dakota | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>102 4th Avenue SE, Suite 408<br>Aberdeen, SD 57401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General partner | Kornmann, a partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1-1-97 | Articles of Partnership, Kornmann |
| 2. | |
| 3. | |

2010 MAY 17 A 10: 35 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. George Mason Univ. Foundation | 11-28 to 12-6 | Captiva, FL | Educataional Seminar | $2,558.00 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Great Western Bank, Aberdeen, SD | Loan for real estate purposes | L |
| 2. Healthcare Federal Credit Union, Aberdeen, SD | Loan for real estate purposes | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Common stock, Red Ribbon, Inc. | | None | J | W | | | | | |
| 2. Common stock, | A | Int./Div. | J | W | | | | | |
| 3. 1/3 ownership, house, Tyndall, SD | B | Rent | J | W | | | | | |
| 4. farm land, Hamlin County, SD | E | Rent | O | W | | | | | |
| 5. 43.84% interest, partner, Kornmann | E | Distribution | O | W | | | | | |
| 6. 43.84% interest, partner, Kornmann | E | Distribution | O | W | | | | | |
| 7. SD Retirement System, monthly benefits | D | Distribution | L | W | | | | | |
| 8. Interest in Black Hills Eagle I partnership | A | Interest | J | U | | | | | |
| 9. Brandywine Fund shares | | None | L | T | | | | | |
| 10. Mutual Beacon Fund CL Z shares | B | Dividend | L | T | | | | | |
| 11. Mutual Discovery Fund Shares | B | Dividend | M | T | | | | | |
| 12. Mutual European Fund shares | D | Dividend | M | T | | | | | |
| 13. Centennial Money Market Trust, IRA trust | A | Int./Div. | | | Redeemed | 11-18 | J | A | |
| 14. Centennial Money Market Trust, IRA | A | Int./Div. | | | Redeemed | 11-18 | J | A | |
| 15. Centennial Money Market Trust (Wachovi Securities) | A | Int./Div. | | | Redeemed | 11-18 | J | A | |
| 16. Oakmark Select Shares | A | Dividend | L | T | | | | | |
| 17. Masters Select Equity Fund Shares | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The Investment Company of America shares | A | Dividend | K | T | | | | | |
| 19. NFJ Dividend Interest [ ] Kornmann) | A | Dividend | J | T | | | | | |
| 20. Vanguard 500 Index Fund [ ] Kornmann) | B | Dividend | L | T | | | | | |
| 21. Vanguard GNMA Fund [ ] Kornmann) | B | Dividend | K | T | | | | | |
| 22. Vanguard REIT Fund [ ] Kornmann) | C | Dividend | K | T | | | | | |
| 23. Due on notes from [ ] members to [ ] Kornmann | A | Interest | J | T | | | | | |
| 24. Thornburg Mortgage, Inc. shares ( [ ] Kornmann) | | None | | | Closed | 9-24 | | | |
| 25. Eaton Vance Tax Managed BuyWrite Inc. Fund [ ] | A | Dividend | J | T | | | | | |
| 26. Centennial Money Market Trust [ ] Kornmann) | A | Int./Div. | | | Redeemed | 11-18 | J | A | |
| 27. Foreign condo investment [ ] Kornmann) | | None | M | W | | | | | |
| 28. Eaton Vance Tax Managed Buy Write Fund SBI | A | Dividend | J | T | | | | | |
| 29. Eaton Vance Tax Global Buy Write Fund ( [ ] Kornmann) | A | Dividend | K | T | | | | | |
| 30. AG Edwards managed IRA account (from rollovers); [ ] | D | Distribution | L | T | Transferred (to line 42) | 12-20 | J | D | |
| 31. AG Edwards Managed IRA account (from rollovers) | | None | M | T | Transferred (to line 41) | | | | |
| 32. Blackrock Enhanced Divid [ ] Kornmann) | A | Dividend | J | T | | | | | |
| 33. Evergreen Glbl Oppty Fd [ ] Kornmann | C | Dividend | K | T | | | | | |
| 34. Ft. Spec Fin & Finl Oppty, [ ] Kornmann | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 = More than $50,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Anderson Retirement LLC 　 Korn mann) | | None | L | T | | | | | |
| 36. Healthcare Plus Federal Credit Union | C | Interest | K | T | | | | | |
| 37. Healthcare Plus Federal Credit Union, 　 Kornmann | A | Dividend | J | T | | | | | |
| 38. Blackrock Enhanced Divid. | A | Dividend | J | T | | | | | |
| 39. Twin Homes, Aberdeen, SD | | None | N | R | Buy | 10-1 | N | | |
| 40. Luella Jones Trust/Estate | | None | | | Closed | 12-31 | | | |
| 41. Wells Fargo Managed Account (IRA) | A | Dividend | M | U | Transferred (from line 31) | 12-20 | M | | |
| 42. Wells Fargo Managed Account (IRA) 　 | A | Dividend | L | U | Transferred (from line 42) | 12-20 | L | | |
| 43. Wells Fargo Managed Account (IRA 　 | C | Distribution | L | U | Redeemed (part) | 12-20 | J | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS (Contd.)

Line 1, Red Ribbon, Inc. owns an unimproved parcel of land in Indiana. It is a Subchapter S corporation and the income and losses are passed through to the stockholder. There have been no distributions and the land continues to produce no income.

Line 3, this is a rental producing property to cover all the expenses. We are trying to sell it.

Line 4, this land is leased on a cash rent basis.

Line 5 and Line 6, this partnership owns 2 apartment houses. Liquid investments of the partnership and income therefrom are reported in Part VII.

Line 11, this is the same account previously listed in past years as Mutual Discovery Fund Shares. They simply changed the name to Mutual Global Disbursement Fund.

Lines 13, 14 and 15. A.G. Edwards was purchased by Wachovia. Wachovia was purchased by Wells Fargo. These accounts were closed as a result with the funds being held in the IRA accounts now managed by Wells Fargo.

Line 24, this asset became worthless due to the derivative mortgage scandal.

Lines 30 and 31. Wachovia acquired A.G. Edwards and then Wells Fargo acquired Wachovia. Thus, accounts have new names but are the same as previously.

Line 35, this is a limited partnership interest, a very small interest as a limited partner; the partnership is operating an assisted care living facility in Indiana.

Line 36, this is money invested in Healthcare Plus Federal Credit Union by the reporting party. See information also as to Line 37.

Line 37, this is money invested in Healthcare Plus Federal Credit Union by [  ] and Kornmann. In the 2008 report, I lumped together the two accounts for [  ] and Kornmann and the reporting party and reported all totals correctly.

Line 38, this should have been previously reported seperately as an asset of [  ] and Kornmann. In all previous reports, all income and other items were lumped together with the interest held by the reporting party and all totals were reported correctly. See Line 38 for the account held by the reporting party only.

Line 39, this asset was constructed from scratch by reporting party in 2009, produced no income but was a real estate investment which will produce income in future years.

Line 40, this is a Trust/Estate of reporting party's deceased [  ] The estate made distributions in 2009 with a net reported loss because of reductions in real estate values in Florida.

Line 43, because of age [  ], one IRA withdrawal was required by federal law. This is the same account listed on Line 42.

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544